UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THOMAS BRANAGAN,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.
_____/

2:15-cv-01575-GMN-PAL

**ORDER**

    The petitioner in this habeas corpus action has submitted an application to proceed *in forma pauperis* (ECF No. 1), a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a motion for appointment of counsel (ECF No. 2). In light of the information provided in the application to proceed *in forma pauperis*, the court finds that petitioner is able to pay the $5.00 filing fee.

    **IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**. Petitioner shall have **thirty (30) days** from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the clerk of the court. Failure to comply with this order will result in the dismissal of this action.

    **IT IS FURTHER ORDERED** that the clerk of the court shall send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check sent to the court in payment of the filing fee.

    **DATED** this 19th day of August, 2015.

                                                     _____
                                                   Gloria M. Navarro, Chief Judge
                                                   United States District Court