# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THOMAS BRANAGAN,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

_____/

2:15-cv-01575-GMN-PAL

**ORDER**

    This action is a petition for writ of habeas corpus. On August 17, 2015, the petitioner, Thomas Branagan, submitted an application to proceed *in forma pauperis* (ECF No. 1), a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a motion for appointment of counsel (ECF No. 2).

    On August 19, 2015, finding that Branagan is able to pay the $5.00 filing fee, the court denied his application to proceed *in forma pauperis,* and ordered Branagan to pay the filing fee within 30 days -- by September 18, 2015. The court stated that failure to comply with that order would result in the dismissal of this action.

    Branagan did not pay the filing fee by the September 18, 2015, deadline, and has not filed any other document.

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

    **IT IS FURTHER ORDERED** that the petitioner is denied a certificate of appealability.

1 **IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF No. 2) is denied as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that the clerk of the court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, to the CM/ECF docket, as counsel for respondents. The Clerk of Court shall serve respondents with a copy of the habeas corpus petition (attached to the application to proceed *in forma pauperis* (ECF No. 1)), a copy of the August 19, 2015 order (ECF No. 3), and a copy of this order. Respondents need take no action with respect to this case.

**DATED** this 30th day of September, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court