# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THOMAS BRANAGAN,

    Petitioner,

vs.

QUENTIN BYRNE, *et al.*,

    Respondents.

_____/

2:15-cv-01575-GMN-PAL

**ORDER**

This action is a *pro se* petition for writ of habeas corpus by Nevada prisoner Thomas Branagan. Branagan initiated the case on August 17, 2015.

On April 18, 2016, Branagan filed a notice of change of address, indicating that he had been transferred from the Lovelock Correctional Center (LCC) to the Northern Nevada Correctional Center (NNCC) (ECF No. 17).

Respondents filed an answer, along with several supporting exhibits, on July 5, 2016 (ECF Nos. 19, 20, 21, 22). Branagan was then due to file a reply by September 6, 2016. *See* Order entered April 6, 2016 (ECF No. 16) (60 days for reply). Branagan did not file his reply by that date.

On November 21, 2016, Branagan filed two documents. First, Branagan filed an application to proceed *in forma pauperis* (ECF No. 23). That application is moot, and will be denied on that basis, because Branagan paid the filing fee for this action on March 16, 2016 (ECF No. 14).

1    Also on November 21, 2016, Branagan filed a motion for default judgment (ECF No. 24). Apparently, Branagan was unaware that respondents filed an answer on July 5, 2016. The motion for default judgment will be denied.

Looking back at respondents' answer, it appears that respondents served the answer on Branagan at LCC after he had been transferred to NNCC, perhaps explaining why Branagan was unaware of it. *See* Answer (ECF No. 19), p. 17; *see also* Index of Exhibits (ECF No. 20), p. 3 (exhibits served on Branagan at LCC as well). To give Branagan a fair opportunity to reply to respondents' answer, the Court will direct respondents to serve their answer and supporting exhibits on Branagan at his current location, at NNCC, and the Court will grant Branagan time to file a reply.

**IT IS THEREFORE ORDERED** that petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 23) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that petitioner's Motion for Default Judgment (ECF No. 24) is **DENIED**.

**IT IS FURTHER ORDERED** that respondents shall, within **15 days** from the date of this order, serve upon petitioner, at his current location, their answer and the exhibits in support of their answer (ECF Nos. 19, 20, 21, 22), and respondents shall file proof of such service.

**IT IS FURTHER ORDERED** that petitioner shall have until **March 24, 2017**, to file a reply to respondents' answer.

Dated this  30  day of _____November_____, 2016.

_____
UNITED STATES DISTRICT JUDGE