1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

8

\* \* \*

9

THOMAS BRANAGAN,

10

Petitioner,

11

v.

12

ISIDRO BACA, *et al.,*

13

14

Respondents.

Case No. 2:15-cv-01575-GMN-PAL

ORDER

15

16          This action is a *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C.

17   § 2254, by Thomas Branagan, a Nevada prisoner. The respondents have filed an answer,

18   responding to all the claims in Branagan's petition, and Branagan has filed a reply.

19   Respondents filed exhibits in support of their answer (ECF Nos. 20, 21 and 22).

20          The Court has examined the parties' pleadings, and the exhibits filed by

21   respondents, and determines that expansion of the record is necessary.

22          **IT IS THEREFORE ORDERED** that, pursuant to Rule 7 of the Rules Governing

23   Section 2254 Cases in the United States District Courts, respondents shall, within 30 days

24   after the date of this order, file as exhibits copies of the following materials from the state

25   court record:

26          -       the transcript of Branagan's preliminary hearing;

27          -       the State's answering brief on Branagan's direct appeal, and any
                    reply brief filed by Branagan on that appeal;

28

1  -    the order affirming Branagan's judgment of conviction on his direct appeal;

2  -    the transcript of the evidentiary hearing in Branagan's state habeas action;

3

4  -    the recording, or a transcript of the recording, of the 911 call, which was admitted into evidence at Branagan's trial as State's Exhibit 1 (*see* Transcript of Trial, October 13, 2010, Exhibit 2B, p. 78);

5

6  -    the recording, or a transcript of the recording, of the second police interview of Branagan, which was admitted into evidence as State's Exhibit 2 (*see* Transcript of Trial, October 13, 2010, Exhibit 2B, pp. 142-43).

7

8  Respondents should number these exhibits beginning with Exhibit 13 (where the exhibits

9  respondents previously filed leave off). If respondents are unable to file a copies of any

10  of these items as exhibits, or if respondents believe that such exhibits have already been

11  filed in this federal habeas corpus action, respondents should file a notice explaining that.

12  **IT IS FURTHER ORDERED** that, after respondents expand the record as ordered,

13  Branagan will have 30 days to file a response regarding the correctness of the exhibits,

14  or responding to any notice filed by the respondents, if he deems it necessary to do so.

15  *See* Rule 7(c) of the Rules Governing Section 2254 Cases in the United States District

16  Courts.

17  **IT IS FURTHER ORDERED** that the Court will not be inclined to extend the

18  schedule set forth in this order.

19  **IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure

20  25(d), the Clerk of the Court shall substitute Isidro Baca for Quentin Byrne, on the docket

21  for this case, as the respondent warden, and shall update the caption of the action to

22  reflect this change.

23

24  DATED THIS 30 day of _____March_____, 2018.

25

26  _____

27  GLORIA M. NAVARRO,
   CHIEF UNITED STATES DISTRICT JUDGE

28