UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS BRANAGAN,<br><br>　　　　　　Petitioner,<br>　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:15-cv-01575-GMN-PAL<br><br>ORDER |

In this habeas corpus action, on March 30, 2018, the Court ordered the record expanded, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts. *See* Order entered March 30, 2018 (ECF No. 30). The Court directed respondents to file, as exhibits, certain items from the state court record of this case. *See id.* Respondents filed the supplemental exhibits on April 27, 2018 (ECF Nos. 31, 32 and 33).

On May 18 and 23, 2018, the petitioner, Thomas Branagan, filed responses to the supplementation of the record (ECF Nos. 34 and 35). Branagan states that he did not receive service of all the supplemental exhibits filed by respondents; Branagan states that he received Exhibits 13 and 14, but not Exhibits 15, 16, 17, 18 and 19.

The Court will direct the Clerk of the Court to send to Branagan copies of the supplemental exhibits that he states he did not receive, and the Court will grant Branagan an opportunity to respond regarding those supplemental exhibits.

1

**IT IS THEREFORE ORDERED** that the Clerk of the Court shall send to petitioner a copy of the Supplemental Index of Exhibits, and all attached exhibits, filed at ECF No. 31 in the electronic file for this action.

**IT IS FURTHER ORDERED** that petitioner will until and including **July 13, 2018**, to file a further response regarding the supplemental exhibits. The Court will not be inclined to extend this deadline, absent extraordinary circumstances.

**IT IS FURTHER ORDERED** that the Court will then determine if a reply by respondents to petitioner's response to the supplemental exhibits is necessary, and, if so, will set a schedule for such reply.

DATED THIS 14 day of June, 2018.

_____
GLORIA M. NAVARRO,
CHIEF UNITED STATES DISTRICT JUDGE